# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARGARET OKANE** | : | **CIVIL ACTION** |
| **v.** | : | |
| **TROPICANA ENTERTAINMENT, INC.** | : | **NO. 12-6707** |

## O R D E R

AND NOW, this 3rd day of January, 2013, upon consideration of plaintiff's amended complaint, IT IS ORDERED that:

1. Plaintiff's amended complaint is DISMISSED with prejudice for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

**/s/ Juan R. Sánchez**
**JUAN R. SÁNCHEZ, J.**